UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**SUSAN K. GAUVEY**<br>**U.S. MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4953** |

March 19, 2003

Tina DiFranco, Esq.
Cook & DeFranco, LLC
Suite 1810
120 East Baltimore Street
Baltimore, MD 21202

David R. Kinsley, Esq.
Law Offices of John W. Sheldon
Suite 570
6021 University Boulevard
Ellicott City, MD 21043

    Re:  Tina M. Prinkey, et al. v. El Capitan, LLC, et al.
         Civil No. JFM-03-51

Dear Counsel:

    Please be advised that the settlement conference in the above case is hereby rescheduled to Monday, May 5, 2003, at 8:00 a.m.

    Your settlement letters will be due on or before April 21, 2003.  Plaintiffs' settlement demand is also due on or before April 21, 2003.  Defendants' offer will now be due on or before April 28, 2003.

    I look forward to meeting with you on May 5th.

                              Sincerely yours,

                              /s/

                              Susan K. Gauvey
                              United States Magistrate Judge