# COOK & DIFRANCO, LLC
120 East Baltimore Street, Suite 1810    Baltimore, Maryland  21202
410 223 1590    410 223 1594 Fax

---

March 27, 2003

The Honorable Magistrate Judge Susan K. Gauvey
United States District Court
101 W. Lombard Street
Baltimore, Maryland  21201

      Re:   *Tina M. Prinkey, et al. v. El Capitan, LLC, et al.*
             Civil No.:  JFM-03-51

Dear Magistrate Judge Gauvey:

      The settlement conference for the above referenced matter is scheduled for Monday, May 5, 2003 at 8:00 a.m.  Originally, the matter was set in for settlement conference on May 27, 2003 at 8:00 a.m.  I notified Ms. Prinkey of the rescheduled settlement date.  Yesterday, Ms. Prinkey informed me that she cannot personally attend the conference on that date because she has promised her youngest daughter that she will be with her for the delivery of her daughter's first child.  Ms. Prinkey's daughter is due to deliver on May 2, 2003.

      I understand Local Rule 607.3 requires "a party representative having full settlement authority, shall attend each settlement conference held by the court."  I am writing to respectfully request that in the event that Ms. Prinkey's daughter does not deliver her child on or before May 2, 2003, Ms. Prinkey be excused from being present at the settlement conference and in lieu thereof, be available by telephone.  If Your Honor is not inclined to grant such request, I respectfully request that the settlement conference be postponed to the next available date.

      Thank you for your consideration of this matter.

                                          Respectfully submitted,

                                          Tina DiFranco

cc:    Mr. and Mrs. Robert Prinkey
        David R. Kinsley, Esquire