UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

April 8, 2003

Tina DiFranco, Esquire
Cook & DiFranco, LLC
120 E. Baltimore Street, Suite 1810
Baltimore, Maryland 21202

David R. Kinsley, Esquire
Law Offices of John W. Sheldon
6021 University Boulevard, Suite 570
Ellicott City, Maryland 21043

Re:     Tina M. Prinkey, et al. v. El Capitan, LLC, et al.
        Civil Action No.: JFM-03-51(Magistrate Judge Gesner)

Dear Counsel:

The above referenced case was referred to me for all proceedings, with the consent of the parties, pursuant to 28 U.S.C. §636(c). The deadlines set forth in Judge Motz's scheduling order of February 21, 2003, shall remain unchanged.

The case was also referred to Judge Gauvey for a settlement conference. I understand Judge Gauvey has set this matter in for a settlement conference on Monday, May 5, 2003. In the event that the case does not settle at the conference, I am scheduling a telephone status/scheduling conference for Thursday, May 8, 2003 at 9:30 a.m. If the case should settle, obviously the conference call will be cancelled. I would appreciate it if Ms. DiFranco, counsel for plaintiff, would initiate the call.

Thank you for your cooperation in this matter. If you have any questions, please contact my chambers.

Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/
Beth P. Gesner
United States Magistrate Judge

Case 1:03-cv-00051-BPG     Document 12     Filed 04/08/2003     Page 2 of 2