UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

April 17, 2003

Tina DiFranco, Esquire
Cook & DiFranco, LLC
120 E. Baltimore Street, Suite 1810
Baltimore, Maryland 21202

David R. Kinsley, Esquire
Law Offices of John W. Sheldon
6021 University Boulevard, Suite 570
Ellicott City, Maryland 21043

      Re:    Tina M. Prinkey, et al. v. El Capitan, LLC, et al.
             Civil Action No.: JFM-03-51(Magistrate Judge Gesner)

Dear Counsel:

    I am in receipt of Ms. DiFranco's letter of April 16, 2003, regarding rescheduling the scheduling conference in the above referenced case. In accordance with the request, I am rescheduling the conference from Thursday, May 8, 2003 to Tuesday, May 27, 2003 at 9:30 a.m. I would appreciate it if Ms. DiFranco, counsel for plaintiff, initiate the call.

    Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/

Beth P. Gesner
United States Magistrate Judge