IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TINA PRINKEY, ET AL. | * | |
|     Plaintiffs | * | |
| v. | * | |
| EL CAPITAN, LLC, ET AL. | * | Civil No.:  JFM 03 CV 51 |
|     Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' DESIGNATION OF EXPERTS

Plaintiffs, Tina Prinkey and Robert Prinkey by and through their counsel, Tina DiFranco and Cook & DiFranco, LLC, file this designation of experts and state the following:

1. Scott L. Baron, M.D.
    The Orthopedic Group, PC
    575 Valley Road, Suite 109
    Clairton, PA 15025

Dr. Baron will testify regarding the Plaintiff's medical condition.  Dr. Baron's report, curriculum vitae, and fee schedule are attached hereto as Exhibit 1.  Plaintiffs will provide a list of cases in which Dr. Baron has testified as an expert witness once he completes the compilation.

2. Bill A. Julio
    756 Barbados Drive
    Williamstown, N.J.  08094

Mr. Julio will testify about the failure of the Defendants to provide a safe elevator lobby. Mr. Julio's report, curriculum vitae, fee schedule and a list of cases in which he has testified as an expert are attached hereto as Exhibit 2.

3.  Plaintiff, Tina Prinkey, reserves the right to call any and all health care providers as witnesses on her behalf. Any findings of those health care providers are contained in her medical records.

Respectfully submitted,

/s/
Tina DiFranco
Cook & DiFranco, LLC
120 E. Baltimore Street, Suite 1810
Baltimore, Maryland 21202
Phone: (410) 223-1590
Fax:    (410) 223-1594
Federal Bar No. 11433
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of April 2003, Plaintiffs' Designation of Experts served via electronic filing with the Court and to David R. Kinsley, Esquire, Law Offices of John W. Sheldon, 6021 University Boulevard, Suite 570, Ellicott City, Maryland 21043.

/s/
Tina DiFranco

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **TINA PRINKEY, ET AL.** | * | |
| Plaintiffs | * | |
| v. | * | |
| **EL CAPITAN, LLC, ET AL.** | * | Civil No.:  JFM 03 CV 51 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 21st day of April, 2003, Plaintiffs' Designation of Experts was served via electronic filing with the Court and to David R. Kinsley, Esquire, Law Offices of John W. Sheldon, 6021 University Boulevard, Suite 570, Ellicott City, Maryland 21043

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　Tina DiFranco
　　　　　　　　　　　　　　　　　　Cook & DiFranco, LLC
　　　　　　　　　　　　　　　　　　120 E. Baltimore Street, Suite 1810
　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　　　　Phone: (410) 223-1590
　　　　　　　　　　　　　　　　　　Fax:   (410) 223-1594
　　　　　　　　　　　　　　　　　　Federal Bar No. 11433
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs