

# The Orthopedic Group, P.C.

*Specializing in Joint Reconstruction,*
*Sports Medicine and Spine & Scoliosis Surgery*

---

Scott L. Baron, M.D.  ·  Thomas F. Brockmeyer, M.D., Ph.D.  ·  Jon B. Tucker, M.D.
Allan H. Tissenbaum, M.D.  ·  Alexander Kandabarow, M.D.  ·  Ari Pressman, M.D.

April 10, 2003

Tina DiFranco
Cook & DiFranco, LLC
120 East Baltimore Street, Suite 1810
Baltimore, Maryland   21202

RE:   TINA PRINKEY V. EL CAPITAN, INC

Dear Ms. DiFranco:

I am writing in response to your letter of April 7, 2003 regarding Tina Prinkey. I am not exactly sure what information you are requesting of me in that letter, but I will summarize Ms. Prinkey's case as follows.  Ms. Prinkey presented to me initially on July 9, 2001 as a 45-year-old female who sustained a fall on her outstretched hand while on vacation in Ocean City, Maryland. Her examination and x-rays showed a comminuted displaced intraarticular fracture of the distal radius. She was taken to the operating room where on 7/13/01 underwent an uncomplicated closed reduction of her comminuted displaced Colles' fracture and application of an external fixation device.  She was treated essentially over the ensuing 8 months for this injury. She had an extensive course of physical therapy following her injury.

I intend to testify and present the following opinions.

1. Ms. Prinkey sustained a comminuted Colles' fracture at the time of her fall at El Capitan in Ocean City, Maryland in July 2001.
2. The above injury was treated initially with an external fixation device and subsequently with a rather extensive course of physical therapy.
3. Her postoperative course was complicated by an adhesive capsulitis of her left shoulder which also required immobilization and physical therapy for.  She does have residual discomfort in her wrist as a result of her trauma and does have some residual loss of range of motion of her fingers and wrist, also as a result of her injury.

My opinions are based on history as provided to me by patient, numerous x-rays subsequently obtained, as well as multiple physical examinations performed from July 2001 through February 28, 2002.

---

1145 Bower Hill Road
Suite 301
Pittsburgh, PA  15243
(412) 276-7022
Fax (412) 276-8557

575 Coal Valley Road, Suite 107
Clairton, PA  15025
(412) 469-2880
(412) 384-2181
Fax (412) 469-2357

Professional Plaza
Suite 107
Charleroi, PA  15022
(724) 483-4880
Fax (724) 483-9414

127 Simpson Road
Suite A
Brownsville, PA  15417
(724) 785-3606
Fax (724) 785-4429

Tina Prinkey                    -2-              April 10, 2003

Since you have all of my office and hospital records with regard to Ms. Prinkey, I think you have adequate documentation from which I intend to provide medical opinions.

I have enclosed a current curriculum vitae for your review and have asked my office staff to provide you prior cases in which I have given depositions as an expert witness. If you need any further information or you need clarification of the above information, please do not hesitate to call.

Sincerely yours,

Scott L. Barod, MD

SLB/mmt



# The Orthopedic Group, P.C.

*Specializing in*
*Joint Reconstruction and Sports Medicine*

Scott L. Baron, M.D.   ·   Thomas F. Brockmeyer, M.D., Ph.D.   ·   Jon B. Tucker, M.D.
Allan H. Tissenbaum, M.D.   ·   Clifford L. Jeng, M.D.

## CURRICULUM VITAE

SCOTT LINCOLN BARON, M.D.
113 Bittersweet Circle
Venetia, Pennsylvania 15367

## EDUCATION:

| | |
|---|---|
| 1969/1973 | Muhlenberg College, Allentown, Pennsylvania<br>DEGREE: B.S.<br>Magna Cum Laude |
| 1973/1977 | Georgetown University School of Medicine<br>Washington, D.C.<br>DEGREE: M.D.<br>Alpha Omega Alpha Honors |
| 1977/1978 | Abington Memorial Hospital<br>INTERNSHIP: General Surgery |
| 1978/1982 | Georgetown University Hospital<br>RESIDENCY: Orthopedic Surgery |

## CERTIFICATIONS:

| | |
|---|---|
| 1978 | National Board of Medical Examiners |
| 1982 | Ohio Medical Licensure |
| 1983 | Pennsylvania Medical Licensure |

AMERICAN ACADEMY OF ORTHOPAEDIC SURGERY CERTIFICATION
July 26, 1986

FELLOW in the AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS
January 1, 1990

AMERICAN ACADEMY OF ORTHOPAEDIC SURGERY RECERTIFICATION
February, 1993

1145 Bower Hill Road
Suite 301
Pittsburgh, PA 15243
(412) 276-7022
Fax (412) 276-8557

575 Coal Valley Road, Suite 107
Clairton, PA 15025
(412) 469-2880
(412) 384-2181
Fax (412) 469-2357

Professional Plaza
Suite 107
Charleroi, PA 15022
(724) 483-4880
Fax (724) 483-9414

127 Simpson Road
Suite A
Brownsville, PA 15417
(724) 785-3606
Fax (724) 785-4429

Page Two
Scott L. Baron, MD

**Practice:**

* Association with Frederick Smith Clinic
  Marion, Ohio  (July 1982/January 1983)

* Assocation with Andrew D. Kranik, MD
  Clairton, Pennsylvania  (January 1983/November 1984)

* Private Practice, Solo
  Scott L. Baron, MD, PC
  November 1984/July 1988

* New Corporation formed
  B & B Orthopedic Associates, PC
  July 1990/February 1999

* Corporation renamed Feb 1999
  **The Orthopedic Group, PC**
  (Multiple physician orthopedic practice)

**Hospital Affiliation:**

**Monongahela Valley Hospital, Monongahela, PA**
* **Chief of Surgery 1992 - 1996**
* **Vice President of the Medical Staff 1996 - 2000**
* **President of the Medical Staff 2000 - present**

**Jefferson Regional Medical Center, Clairton, PA**
**St. Clair Memorial Hospital, Pittsburgh, PA**
**Brownsville General Hospital, Brownsville, PA**

**Societies:**

American Academy of Orthopaedic Surgeons
Pennsylvania Medical Society
Pennsylvania Orthopaedic Society
Eastern Orthopaedic Association
Allegheny County Medical Society

**Awards:**

**Physician's Recognition Award  1988 thru present**
(awarded every two years by certificate fullfillment)

PAGE THREE
Scott L. Baron, M.D.

CONTINUING EDUCATION

Maine Orthopedic Review
June 1984

Orthopedic Case Review
Pennsylvania Medical Society
February 1985

Allegheny General Hospital
Sports Medicine Update
February 1985

Southwestern Orthopedic Surgery Review
Dallas, Texas
May 1985

Orthopedic Pathology Review
Atlantic City, New Jersey
June 1985

Snowbird Orthopedic Seminar
Snowbird, Utah
March 1986

Division of Orthopedic Surgery
University of Texas Health Center
S.W. Medical School
Dallas, Texas
May 1986

Orthopedic Review Course
Osler Institute, Chicago, Illinois
July 17, 1986

American Society for Surgery of the Hand
Accreditation Council for Continuing Education
Vail, Colorado
March 6, 1987

American Academy of Orthopedic Surgery
Advances in Arthroscopic Surgery
Accreditation:  Council for Continuing
Medical Education
Washington, D.C.
June 5, 1987

Winter Sports Injuries
Vail, Colorado
AAOS Course #499
March 7-11, 1988

Total Joint Arthroplasty: Recent
Advances Lahey Clinic Foundation
Cape Cod, Massachusetts
June 10-11, 1988

American Academy of Orthopedic
Surgery Meeting Cat. 1, 32.5 credits
February 9-12 1989
Las Vegas, Nevada

Total Knee Arthroplasty
Pennsylvania Medical Society
16 hours, Category 1
Bermuda
May 17-20 1989

Advanced Concepts in Total Knee
Replacement
University of Florida College of
Medicine
Category 1, 12 credits
Tarpon Springs, Florida

PAGE FOUR
Scott L. Baron, M.D.

Georgetown Orthopedic Society
Georgetown Clinical Society
Winter Seminar
Category 1, 17 credits
Steamboat, Colorado
January 18-February 2, 1990

Risk Factors for Malanoma of the Skin
University of Pittsburgh Medical and
Health Care Division
Category 1, 0.1 credit
June 22, 1990

Operative Arthroscopy
Department of Continuing Education in
Health Sciences, UCLA Extension
36 hours, Category 1
Kauai, Hawaii
October 20-27 1990

Winter Seminar-Ninth Annual
Georgetown Orthopedic Society
18.5 hours, Category 1
Steamboat, Colorado
January 27-February 1, 1991

Study of Internal Fixation
Bowman Gray School of Medicine
Wake Forest University
36 hours, Category 1
Marco Island, Florida
April 21-26 1991

Primary and Revision Joint Replacement
St. Joseph Hospital
16.75 hours, Category 1
Denver, Colorado
March 16-18 1992

Freeman Arthroplasty of the Hip
London Hospital Medical College
Regent Crest Hotel, London
March 7-8 1990

Concepts of the Total Knee
University of Florida, Biomet
Category 1, 12 credits
Tarpon Springs, Florida
November 15-17 1990

Orthopedic Self-Assessment Examination
AAOS
Category 1, 100 hours
December 1990

Arthritic Knee, Hip, and Shoulder
Intermedics
Category 1, 16.5 hours
Snowbird, Utah
January 1-5 1991

13th International Seminar on
Operative Arthroscopy
Department of Continuing Education
Health Sciences, UCLA Extension
Category 1, 30 hours
Big Island, Hawaii
November 2-9 1991

Complications after Knee Surgery
AAOS
Category 1, 7 hours
New York city, New York
April 4, 1992

PAGE FIVE
Scott L. Baron, M.D.

Endoscopic Carpal Tunnel Release
MCJ Consulting Conference Management Service
Category 1, 6 hours
Denver, Colorado
May 30, 1992

UCLA Extension School of Medicine
Category 1, 30 hours
Maui, Hawaii
October 21-November 7, 1992

Review Course
AAOS
Category 1, 22 hours
Chicago, Illinois
December 4-6 1992

Georgetown Orthopedic Alumni Seminar
Winter Seminar
Category 1, 17 credit hours
Park City, Utah
January 23-28 1993

Orthopedic Update
Joint Implant Surgery Foundation
Category 1, 8.5 hours
West Palm Beach, Florida
April 22-25 1993

Eastern Orthopedic Association
AAOS
Category 1, 24 hours
Lake Buena Vista, Florida
October 13-17 1993

Medical Legal Update
Flushing Medical Center-CME
Category 1, 14 hours
December 1993

Arthroscopic Surgery
Joint Implant Surgery Foundation
Category 1, 35 hours
Scottsdale, Arizona
January 12-16 1994

American Health Care/South Hills
Health System by Mercy Hospital and
Pennsylvania Medical Society
Category 1, 4.0 hours
Hidden Valley, Somerset, Pennsylvania
February 18-19 1994

Knee Concepts
AAOS
Category 1, 26 hours
St. Thomas, U.S. Virgin Islands
May 4-7 1994

Georgetown University School of
Medicine Annual Meeting/Seminar
Category 1, 17 credits
Steamboat, Colorado
January 29-February 4, 1995

AAOS
Winning at Risk, Practice Mgmt.
Category 1, 12 credits
Arlington, Va.
September 28,29, 1996

EOA
27th Annual Meeting
Category 1, 22 credits
Hilton Head Island, SC
October 16-20, 1996

AAOS
Orthopedic Surgeons Computer Boot Camp
Category 1, 25 credits
Rosemont, IL
May 29, 1997
June 1, 1997

Medical Education Resources
Managing Managed Care
Category 1, 4 credits
Innisbrook, Florida
October 24,25, 1997

Page Six
Dr. Scott L. Baron

Boston University School of Medicine
Evaluation and Treatment of Injured Athletes
Sports Medicine Update, Winter 1998
Category I, 20 credit hours
February 17-20, 1998

CME in Depth - Diving Medicine
American Academy of Family Physicians
Undersea & Hyperbaric Medical Society
Bonaire
November 13-20, 1999
24 credit Hours, CAT 1

10th Annual Winter Total Joint & Sports Medicine Symposium
Medical Education Resources
Vail, Colorado
January 13-16, 2000
17.25 Credit Hours, CAT 1

Orthopedic Surgery Management & Results 2000
Education Design/Homedica
Las Vegas, Nevada
April 12-15, 2000
13 Credit Hours, CAT 1

Pain Management
Monongahela Valley Hospital
Pa Medical Society Sponsorship
AMA
1 Credit Hour, CAT 1
January 15, 2001

Concepts in Medical Education: Difficult Patients: Solutions that Work
American Academy of Family Physicians
AMA
The Republic of Palau
24 Credit Hours, CAT 1
March 14-25, 2001

Page Seven

CME-In Depth Updates in Environmental Medicine
American Academy of Family Physicians
AMA approved
Moorea, French Polynesia
October 14 to 25, 2001
Cat. 1, 24 credit hours

Management of the Hospitalized Diabetic Patient
Pennsylvania Medical Society
Monongahela Valley Hospital
January 21, 2002
Cat. 1, 1 credit hour

Concepts and Controversies in Arthroplasty & Sports Medicine
Medical Education Resources
Sept 26-28, 2002
Pinehurst Resort, Pinehurst, N. C.
Cat 1, 10.75 credit hours

Emergency Management Planning
Monongahela Valley Hospital
Pennsylvania Medical Society
January 20, 2003
Cat. 1, 1 credit hour

CME in Depth -- Elements of Environmental Medicine
American Academy of Family Physicians
Palau Pacific Resort
February 15 -- 26, 2003
Cat. 1, 24 credit hours



# The Orthopedic Group, P.C.

*Specializing in*
*Joint Reconstruction and Sports Medicine*

Scott L. Baron, M.D.    ·    Thomas F. Brockmeyer, M.D., Ph.D.    ·    Jon B. Tucker, M.D.
Allan H. Tissenbaum, M.D.    ·    Clifford L. Jeng, M.D.

Date Scheduled_____    Fax To:_____

Amount Due:  $2,000.00    Fax #:_____

Claimant_____    Account #:_____

Attorney_____    Physician:_____

Deposition Date:_____

Pre-trial Conference to begin:_____, with deposition to follow.

Deposition Location: _____

## DEPOSITION FEE SCHEDULE

A prepayment of $2,000.00 is required 3 weeks from the day the deposition is scheduled to reserve the date and covers the first deposition hour and up to a 30-minute pre-trail conference between the doctor and counsel. Deposition will be cancelled if prepayment is not received unless other arrangements have been made.

An amount of $250.00 will be charged for every 15 minutes thereafter, which will be billed following the deposition.

*If cancellation or rescheduling occurs prior to 14 days of the scheduled deposition the $2,000.00 prepayment will be returned.
*If cancellation or rescheduling occurs between 7 to 14 days prior to the deposition date, 50 % or $1,000.00 will be refunded.
*If cancellation or rescheduling occurs 7 days or less prior to the deposition date, the prepayment of $2,000.00 will not be refunded.

Please make check payable to:    The Orthopedic Group, P.C.
575 Coal Valley Road, Suite 109
Clairton, PA 15025
TID# 25-1483685

If you have any questions concerning the prepayment schedule,
please contact Carolyn at 412-469-3364.

| 1145 Bower Hill Road | 575 Coal Valley Road, Suite 107 | Professional Plaza | 127 Simpson Road |
|---|---|---|---|
| Suite 301 | Clairton, PA 15025 | Suite 107 | Suite A |
| Pittsburgh, PA 15243 | (412) 469-2880 | Charleroi, PA 15022 | Brownsville, PA 15417 |
| (412) 276-7022 | (412) 384-2181 | (724) 483-4880 | (724) 785-3606 |
| Fax (412) 276-8557 | Fax (412) 469-2357 | Fax (724) 483-9414 | Fax (724) 785-4429 |