Ms. Tina DiFranco
120 E. Baltimore St.
Baltimore, MD. 21202

4/3/03

Re: Prinkey v. El Capitan Condo

Dear Ms. DiFranco:

You have asked me to evaluate the circumstances surrounding the slip and fall accident to Ms. Tina Prinkey, at the El Capitan Condo, located in Ocean City, Maryland, on July 5, 2001, at approximately 3 o'clock pm.

I have reviewed 10 colored photographs of the condo, which includes the accident area. I also had a telephone interview with the plaintiff, Ms. Tina Prinkey.

I have considered the above in preparing this report. My opinions are based on a reasonable degree of certainty in safety and maintenance, representing over 40 years in this industry with the last 15 heavily involved with premise safety and maintenance.

If anymore information becomes available after this report, I will consider and make any addendum if necessary.

While entering the El Capitan Condo through the only ingress entrance available, after a shopping trip, Ms. Prinkey was about to enter the elevator on the ground floor, which is a ceramic tiled type of flooring, when she slipped fell and was injured. This entrance is located very close to the in ground pool area and did not have mats or carpeting to prevent patrons from slipping on the tiled surface, after they had come from the pool or even inclement weather. Ms. Prinkey said she slipped on water in my phone interview with her.

The National Safety Council, 8th Edition states:

Floor mats, runners and carpeting are often used in places other than buildings and store entrances, such as, pools, showers, boat decks and other areas where water might make it slippery. Definite procedures should be set up for placing mats.

Elevator Entrances

These specifically hazardous areas should always be maintained in the best possible condition. Floor mats and runners often provide a better slip resisitant walking surface.

National Safety Council, Data Sheet, I-495 states:

Causes of falls: 1. Poor housekeeping. 2. Unsafe physical conditions created by improper work procedures. 3. Presence of water. 4. Inherent slipperiness of floor material in locations subject to heavy us such as elevator entrances.

Mats: Use mats at entrances to minimize slip hazards. Runner mats are available in both rubber and combination cord, a small amount of water on a rubber mat apparently causes no slipperiness.

Prevention of falls: To assure maintenance will be regular and effective. Assign employees to designated areas to preform their functions on a scheduled basis.
Housekeeping surveys and inspections should be conducted periodically and printed check sheets should be used.

    It is my opinion, with a reasonable degree of professional certainty, that El Capitan Condo did not follow safe industry wide practices. There lack of a regular recorded inspection program and training, along with their failure to place mats/runners in an area, which can be frequently inundated with liquid/water from bathers coming from the pool area, is not only a practice but common sense.
There lack of the aforementioned exposed Ms. Prinkey to a foreseeable risk of harm causing her to slip, fall and be injured.

Respectfully,

*Bill Julio*

Bill Julio

Resume of:  
Bill A. Julio

133 Deschler Blvd.  
Clayton, N.J. 08312  
H.  856 307 1107  
Fx. 856 307 1707

## EMPLOYMENT

| | |
|---|---|
| 7/01 – Present | Retired |
| 3/95 – 6/01 | Marketing Specialists<br>Broker Representative |
| 3/75 – 3/95 | President<br>B.A. Julio Marketing |
| 3/72 – 3/75 | V.P. Private Label Buying/Sales<br>Staff Supermarkets Inc.<br>Jericho, N.Y. |
| 3/70 – 3/72 | Buyer<br>Olean Co-op, Olean, N.Y. |
| 2/67 – 3/70 | Buyer<br>Haller's Wholesale, Erie, PA. |
| 10/63 – 2/67 | Store Manager<br>Tops & Kroger's Supermarkets<br>Erie, PA. |
| 6/58 – 9/63 | Professional Baseball/US Army |

## EDUCATION

| | |
|---|---|
| 1957 | Graduated Strong Vincent HS, Erie, PA. |
| 1980 | "Customer/Employee Accident Experience Supermarket Industry". Gannon College. |
| 1983 | "Supermarket Safety/Fire Prevention". Mercyhurst College, Erie, PA. |

## PAST AFFILIATIONS

GM Auburn NY Penn League Class A 82  
GM Erie Cards NYP League 1983  
Associate Baseball Scout 1967-2001

## EXPERIENCE

| | |
|---|---|
| 1963 - 1967 | Store manager, responsible for night crew, store safety, security, productivity, profit and customer relations. |
| 1967 - 1972 | Responsible for 25 stores at Hallers and 175 stores for Olean regarding: Ad & layout, store safety, security, profit, cash & carry, warehouse turns, food service, procurement. |
| 1972 - 1975 | VP private label procurement/sales and quality department for 12 member chain. |
| 3/75 - 3/95 | President, BAJ Marketing. Consultant for: |

I. Frankford Quaker (1985-1987), Scot Lad Foods of Chicago (1979-1982), Louis Lehrman (1975-1977).

  a. Warehouse Inventory.
  b. Purchasing all departments, resets and merchandising, store safety
  c. Weekly ad & cost out, displays
  d. Set up private label program all phases, purchasing vendor labels, Quality control per USDA specs.
  e. Cash Management.

II. Davis (1983-1984), Brown's (1988-1990), Steeles Markets (1990-1993), Rodman's Drug Chain (1993-1995).

  a. Retail operations.
  b. Weekly ad, sales, profit & lay out.
  c. Resets, displays, plan-o-gram.
  d. Store safety/company handbook orientation.
  e. Security.
  f. Productivity, training, payroll.
  g. Store manager/supervisor.
  h. Night crew development.
  i. Cash Management

| | |
|---|---|
| 3/95 - 6/01 | Retail sales rep for corporate sales & distribution. |

# PREMISES LIABILITY EXPERIENCE

### SLIP ACCIDENT:

Characterization of wet and dry floor surfaces, floor finishes, parking lots, stair and ramps. Ice/snow, Liquid spills and vegetation.

### TRIP & STUMBLE ACCIDENTS:

Store displays, wing/aisle displays pallets, U-frames, end caps, stairs, sidewalks, platforms/ramps, parking lots, pot holes, stress cracks, raised objects, carpets/mats.

### HOUSEKEEPING & MAINTENANCE:

Sweep logs, wet floors, signs & warnings, floors, mats, liquid spills, cleaning standards/routines, shopping carts, shelf management, produce/pre-packaging, auto doors, displays.

### BUILDING SAFETY:

Standards, glazing, loading docks, display integrity & standards, floor stands, rails, auto doors, barricades, clothing racks lighting & fire codes.

### COURT:

I've been qualified as an expert in court in ten different states. I have been deposed over forty times in ten different states. N.J., PA., DEL., NY., FLA., MA., WVA., MD., SC., NC. I have offered an opinion in 225 cases since 1988; 90% on behalf of the plaintiff.

Book publication 2001, "Safety Practices To Prevent Customer Accidents."

**BILL A. JULIO**
**756 Barbados Drive**
**Williamstown, N.J. 08094**
**Phone: 856-262-7229**
**Fax: 856-262-7559**

## FEE SCHEDULE

$175.00 per hour

### DEPOSITION FEE SCHEDULE

$1,000.00 flat rate plus costs

### TRIAL FEE SCHEDULE

$1,000.00 flat rate plus costs

Please make check payable to:   Bill A. Julio
756 Barbados Drive
Williamstown, NJ  08094

| CASE | ATTORNEY | STATE | COURT | DEPOSITION | DATE | DOCKET |
|---|---|---|---|---|---|---|
| Bartlet/We3 | Stirparro | DE | X | X | 10/97 | 95C12163 |
| XXXXXXXX | McCrystal | MA | X | X | 12/94 | |
| XXXXXXXX | Trumm | ? | X | X | 11/94 | |
| Remaley/Giant | Yannone | MD | | X | 01/98 | |
| Clip/Weiss | SantaBarbara | WV | X | | 10/97 | 96C430 |
| Earling/Shoprite | Lafferty | NJ | | X | 09/97 | |
| Wong/Fugal Florist | Brotman | NJ | | X | 04/97 | |
| Burnell/Food Lion | Levine | PA | X | | 05/97 | GD957038 |
| Thomas/Pathmart | Birdell | NJ | | X | 05/95 | Caml302493 |
| Soto/$ Store | Lefebre | FL | X | | 05/94 | 92873CA |
| Tisilimondos/PM | Marciano | PA | X | X | 02/95 | 929902 |
| Metchins/Teeter Harris | Cash & Rosen | SC | X | | 02/97 | 94CP101193 |
| Kays/Value City | Roderiquez | DE | X | X | 06/94 | 92C06093 |
| Gioeni/Waldbaum | Flomenhaft | NY | X | | 05/93 | 380375 |
| Litteri/AP | Gash | NY | X | X | 07/94 | |
| Bennett/Walmart | SantaBarbara | WV | X | | 07/01 | |
| Golini/Stop Shop | Fleming | MA | X | | 02/96 | CA912254 |
| Duonolo/Schaffer | Earhart | DE | X | X | 10/95 | 94C05262 |
| Pruitt/AP | Clark | MD | | X | 08/96 | |
| Wright/Acme | ? | PA | X | | | |
| Palmer/Giant | ? | MD | X | | | 95CA27187 |
| Pastro/ShopR | Wiener | NJ | X | | 12/90 | UNNL648190 |
| Poling/Acme | Vesper | NJ | X | X | 07/88 | LO2039487 |
| Martin/BigM | ? | NY | X | | 10/95 | 932648 |
| Kitrelle/SR | ? | NJ | X | | 12/92 | W04848888 |
| Marinucci/AP | ? | NJ | X | | 10/92 | |
| Kyset/Elamari | Green | NY | X | | 04/98 | |
| ?/Harrahs | Rizzieri | NJ | | X | | |
| | Evans | NJ | X | | | |
| | Silverman | PA | X | | | |

- 1 -

| CASE | ATTORNEY | STATE | COURT | DEPOSITION | DATE | DOCKET |
|---|---|---|---|---|---|---|
| Lynch/PM | Iobst | DE | X | | 03/02 | |
| Cameco/Ralphs | Halpern | CA | | X | 05/01 | |
| Santo/SR | Albanese | NJ | | X | 02/01 | |
| Dengel/PM | Caminiti | NJ | | X | 04/01 | |
| Sabato/Walgreen | Maggiano | NJ | | X | 12/01 | |
| Coulson/Foodtown | Olkawitz | NJ | | X | 09/01 | |
| Icker/SR | Ansell | NJ | X | | 01/01 | |
| Smith/BiLo | McDougal | SC | | X | 12/98 | |
| Deleo/PM | Maggiano | NJ | | X | 01/98 | |
| Heller/AP | Gerr | NJ | | X | 11/96 | |
| Vanguard/Twin County | Velocci | NJ | | X | 05/02 | |
| Johanna/Twin County | Velocci | NJ | | X | 06/02 | |
| Routh/Twin County | Velocci | NJ | | X | 06/02 | |