IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TINA PRINKEY, ET AL. | * | |
|     Plaintiffs | * | |
| v. | * | |
| EL CAPITAN, LLC, ET AL. | * | Civil No.:  JFM 03 CV 51 |
|     Defendants | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Tina Prinkey and Robert Prinkey by and through their counsel, Tina DiFranco and Cook & DiFranco, LLC, and El Capitan, LLC and Mann Properties by and through their counsel hereby stipulate and agree that this Court enter an order dismissing this matter with prejudice.

|  |  |
|---|---|
| David Kinsley | Tina DiFranco |
| Law Offices of John W. Sheldon | Cook & DiFranco, LLC |
| 6021 University Boulevard | 120 E. Baltimore Street, Suite 1810 |
| Suite 570 | Baltimore, Maryland 21202 |
| Ellicott City, Maryland 21043 | Phone: (410) 223-1590 |
| (410) 720-4660 | Fax:    (410) 223-1594 |
| (410) 720-4645 | Federal Bar No. 11433 |
| Attorneys for Defendants | Attorneys for Plaintiffs |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND**

| | |
|---|---|
| **TINA PRINKEY, ET AL.** | * |
| **Plaintiffs** | * |
| v. | * |
| **EL CAPITAN, LLC, ET AL.** | * Civil No.: JFM 03 CV 51 |
| **Defendants** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

The Parties, having stipulated and agreed that this matter be dismissed with prejudice,

It is this _____ day of _____, 2003 hereby ORDERED that this matter is dismissed with prejudice.

_____
Judge
United States District Court for the
District of Maryland