FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

2003 JUN -5 P 4: 04

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | |
|---|---|
| TINA PRINKEY, ET AL. | * |
| Plaintiffs | * |
| v. | * |
| EL CAPITAN, LLC, ET AL. | * Civil No.: JFM 03 CV 51 |
| Defendants | * |

* * * * * * * * * * * *

## ORDER

The Parties, having stipulated and agreed that this matter be dismissed with prejudice,

It is this _5TH_ day of _June_, 2003 hereby ORDERED that this matter is dismissed with prejudice.

_____
Judge
United States District Court for the
District of Maryland